FILED IN CHAMBERS
U.S.D.C. - Rome

DEC 5 2017

JAMES N. HATTEN, Clerk
Karl Bill, Deputy Clerk

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MICHAEL MCEARCHERN

**CRIMINAL COMPLAINT**

Case Number: 4:17-MJ-54

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about November 30, 2017 in Bartow County, in the Northern District of Georgia, defendant(s) did use and cause to be used a facility of interstate commerce with the intent that a murder be committed under the laws of the State of Georgia, and as consideration did promise and agree to pay anything of pecuniary value,

in violation of Title 18, United States Code, Section(s) 1958(a).

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Mitchell Jackson

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

| December 5, 2017 | at | Rome, Georgia |
|---|---|---|
| Date | | City and State |

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AUSA Kim S. Dammers / Enter USAO/LIONS No.

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, MITCHELL JACKSON, being first duly sworn, depose and state as follows:

### A.     Agent Background & Experience

1.      I am a Special Agent with the FBI and have been since 2010. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code. As part of my duties, I have investigated, among other things, criminal activity related to gangs, drug trafficking, firearms violations, and violent crime. During my tenure with the FBI, I received specific training relating to the investigation of firearms violations, gang investigations, criminal enterprises, and other groups and individuals who engage in both violent and non-violent crimes. I have been involved in the execution of various types of search and arrest warrants. I am personally familiar with, and have used all normal methods of investigation during my FBI tenure, including but not limited to, visual and electronic surveillance, informant and witness interviews, and social media exploitation. I have conducted numerous searches of residences used by individuals engaged in criminal activity.

2.      As set forth herein, there is probable cause to believe that MICHAEL LAWRENCE DANE MCEARCHERN used the mail or any facility of interstate or foreign commerce, with intent that a murder be committed in violation of the law in the State of Georgia, as consideration for a promise or agreement to pay United States Currency, in violation of Title 18, United States Code, Section 1958(a).

### C.     Sources of Information

3.      I make this affidavit based upon my training, experience, and personal knowledge of this investigation, and information that I learned from discussions with FBI Special Agents, FBI Task Force Officers, and other local law enforcement officers.

### D.    Probable Cause Summary

4.    On November 6, 2017, a reliable cooperating informant (CI) sent FBI Agent Bryant Hill a text message stating that an inmate housed at the Bartow County Jail, in Cartersville, Georgia, in the Northern District of Georgia, was looking to "get somebody to take out his wife for $5,000 to $10,000."[1]  The CI knew the inmate's name to be "Mike."  The CI received communication from Mike through another inmate at the Bartow County jail who was mutually known to both Mike and the CI.

5.    On November 20, 2017, the CI sent Agent Hill a text message advising that MIKE was still asking for someone to "take care" of his ex-wife or ex-girlfriend.  MIKE told the CI that he would send deposit money to prove he was serious.  Agent Hill identified "MIKE" as being MICHAEL MCEARCHERN.  In seeking to have his ex-wife killed, McEARCHERN stated that is ex-wife's name was "RACHEL" and provided an address of 1905 Lincoln Trace Circle, Smyrna, Georgia.  Agent Hill confirmed with the Smyrna Police Department that Rachel McEarchern lived at 1905 Lincoln Trace Circle, Smyrna, Georgia.  MIKE also indicated that he wanted RACHAEL's boyfriend to be killed, and provided the boyfriend's place of work as "Blessed Up Barber."  Smyrna Police also confirmed that Carlton O'Shea, known to police as Rachel McEarchern's boyfriend, in fact formerly worked at Blessed Up Barber.  Indeed, Smyrna police were familiar with Carlton O'Shea because he had earlier been shot multiple times but

---

[1] Agents have found the CI to be reliable.  A previous, unrelated investigation in which the CI worked proactively led to the arrest of two individuals on firearms charges.  In addition, agents in this investigation have confirmed through interviews and independent investigation information provided by the CI.

2

survived, and that evidence indicated that MICHAEL MCEARCHERN hired someone to kill O'Shea.

6.     On or about November 23, 2017, Agent Hill arranged for McEARCHERN to be provided the address of an undercover United States Post Office box in the name of Renae Jones, PO Box 1419, Rocky Face, Georgia 30740. McEARCHERN asked that a text message providing the name and address of the PO Box be sent to phone number (678) 633-4074.

7.     On November 30, 2017, Agent Manson recovered a letter from the undercover PO Box addressed to Renae Jones containing $800 in United States Currency. The return address on the envelope was 3045 Windy Hill Road SE, Atlanta, Georgia 30339. This address returns to the Hilton Garden Inn on Windy Hill Road. Agent Hill looked at the Facebook page for LISA NORTHCUTT, who is McEARCHERN's current girlfriend. Her Facebook page lists the user name LISAMARIE NORTHCUTT, and a posting from October 10, 2017, showed that she started a new job at the Hilton Garden Inn as a bartender.

8.     On November 30, 2017, Agent Hill reviewed recorded Bartow County jail calls between MICHAEL MCEARCHERN and LISA NORTHCUTT. NORTHCUTT was using the phone number (678) 633-4074, which is the same number to which McCLEARCHERN asked a text message be sent. On November 29, 2017, at 1:22 p.m., MCEARCHERN asked NORTHCUTT to repeat the address that she sent the mail to and NORTHCUTT stated, "PO Box 1419, Rocky Face, Georgia," and NORTHCUTT confirmed she put a stamp on the envelope. NORTHCUTT also said that she placed it in a Post Office box beside the Post Office on Friday night when she left work.

9. That same day, November 30, 2017, agents arranged for a recording device to be placed inside McEARCHERN's cell. A review of that recording confirmed that McEARCHERN wanted his ex-wife killed, and that he did "give a fuck, [so] long as it happens this time." He also confirmed the ex-wife's Lincoln Trace address and suggested that the best time to find her there would any Saturday, either after midnight or before 9:30 am.

10. Based on the information above, I believe that probable cause exists to show that MCEARCHERN has violated Title 18, United States Code, Section 1958 (a).